IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG STRANAHAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 09-2725 |

## ORDER

**AND NOW**, this 19th day of August, 2010, upon consideration of the Government's Motion for Summary Judgment (Docket No. 30), Plaintiff's Motion for Judgment on the Pleadings (Docket No. 29), all documents filed with respect thereto, and Plaintiff's letter to the Court dated July 12, 2010 (Docket No. 34), **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion for Summary Judgment and Plaintiff's Motion for Judgment on the Pleadings are **DENIED**.

2. Plaintiff's letter request is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.